

**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00505-CV**

_____

**FERCAN KALKAN; TXMV2017, LLC; AND ENKB-MONTICELLO, LLC; Appellants**

**V.**

**PABLO SALAMANCA, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-33737**

---

## ORDER

On August 16, 2022, we abated this appeal for mediation. On October 7, 2022, we were notified the case was not settled. The appeal is reinstated, and appellants' brief is due thirty (30) days from the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.